UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BYRON ELROY CRUTCHER,  )
         )
   Petitioner,  )    2:10-cv-00474-KJD-RJJ
         )
vs.  )    **ORDER**
         )
BRIAN WILLIAMS, *et al.*,  )
         )
   Respondents.  )
_____/

      Before the Court is petitioner's Motion for Certificate of Appealability captioned for the Ninth Circuit Court of Appeals, but submitted to this court (docket #17). This Court has previously addressed the issue of whether to issue a certificate of appealability in its Order dismissing the case (docket #9). Therefore, the Clerk of Court shall be directed to transmit the motion to the Ninth Circuit Court of Appeals for its consideration. **IT IS SO ORDERED**.

      DATED: January 24, 2011

_____
UNITED STATES DISTRICT JUDGE