**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BYRON ELROY CRUTCHER,                )
                                                        )
                    Petitioner,                       )          2:10-cv-00474-KJD-RJJ
                                                        )
vs.                                                     )          **ORDER**
                                                        )
BRIAN WILLIAMS, *et al.*,                )
                                                        )
                    Respondents.                    )
_____/

            Before the Court is petitioner's Motion for Certificate of Appealability (ECF o. 17) and Motion for Judicial Notice of Ruling (ECF No. 14).  The Court previously dismissed the petition and denied a certificate of appealability at that time (ECF No. 9), rendering the instant motion moot. Moreover, the Motion for Judicial Notice is moot as well, as it refers to a previous denied motion for reconsideration.

            **IT IS THEREFORE ORDERED** that the pending motions (ECF Nos. 14 and 17) are **DENIED AS MOOT.**

            DATED:  March 4, 2011

_____
UNITED STATES DISTRICT JUDGE